AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Walter Guillermo ORTIZ-Gonzalez<br>DOB: 1982<br>Citizenship: Mexico<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. M-17-2079-M

United States District Court
Southern District of Texas
FILED

NOV 17 2017

Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 16, 2017 _____ in the county of _____ Hidalgo _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 9.00 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*approved by*
*AUSA*

_____
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 11/17/2017 _____

_____
*Judge's signature*

City and state: _____ McAllen, Texas _____

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

### Attachment "A"

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On November 16, 2017, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Pharr Port of Entry (POE) in Pharr, Texas. CBP Officers (CBPOs) detained Walter Guillermo ORTIZ-Gonzalez (hereafter ORTIZ), a citizen of Mexico and B1/B2 visa holder, while attempting to enter the U.S. with approximately 9.00 kilograms (kg) of cocaine concealed within the front seats of the Honda Accord passenger car he was driving.

2. During primary inbound inspection, CBP Officers (CBPOs) obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00. CBPOs observed hesitation and inconsistencies in ORTIZ's answers. A CBP K-9 narcotics detection team conducted a free air inspection which resulted in a positive alert for the odor of narcotics emanating from the vehicle. CBPOs referred ORTIZ and the vehicle to secondary inspection for an intensive examination.

3. During secondary inspection, CBPOs conducted a non-intrusive X-Ray inspection and discovered anomalies in the front seats of the vehicle.

4. A physical search of the vehicle discovered concealed aftermarket constructed compartments in both front seats of the vehicle. Inside the compartments, eight (8) cellophane wrapped packages were discovered. CBPOs field tested the substance inside the packages, which was positive for the characteristics of Cocaine.

5. Homeland Security Investigations (HSI), Special Agents (SA) and HSI Task Force Officers (TFOs) responded to the Pharr POE to assist in the investigation. HSI SAs interviewed ORTIZ who stated (post-Miranda warning) he had made false statements to the CBPOs and that he suspected he was bringing contraband into the United States, but denied knowing what the contraband was. ORTIZ stated the vehicle was owned by him and he was the only person who had driven the vehicle in the previous five days.

6. ORTIZ will be charged with Illegal Importation of a Controlled Substance, in violation of 21 USC § 952.